Gary FILLERS and Jeffrey Fillers, Appellants,

v.

The EDGE MAN, INC., Appellee.

No. 05–04–00195–CV.

Court of Appeals of Texas, Dallas.

Nov. 2, 2004.

David G. Allen, Roy L. Stacy, Stacy & Condor, Dallas, for Appellant.

David R. Weiner, Glast, Phillips & Murray, Raymond Carl Jordan, Dallas, Jack K. Robinson, Jr., Heath, for Appellee.

Before Justices WRIGHT, FITZGERALD, and LANG–MIERS.

## OPINION

PER CURIAM.

Before the Court is the parties' October 26, 2004 joint motion to dismiss the appeal in which the parties state they have reached an agreement to settle and ask the Court to dismiss the appeal. The parties' October 26, 2004 joint motion to dismiss the appeal is **GRANTED,** and the appeal is **DISMISSED.** *See* TEX.R.APP. P. 42.1.